# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                 Chapter 13

                                 Bankruptcy No. 18-12694-AMC

SAKEIA C LEGGETT

374 DEVEREAUX AVENUE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAKEIA C LEGGETT

    374 DEVEREAUX AVENUE

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

                                               /S/ William C. Miller

Date: 8/2/2018                                _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee