| Labor Earnings | Units | This Check | YTD Amount | | Payments | This Check | YTD Amount | |
|---|---|---|---|---|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 10,108.80 | | Total Earnings | 1,123.20 | 10,108.80 | |
| | | | | | Social Security-Employee | -69.64 | -626.76 | |
| | | | | | Medicare-Employee | -16.29 | -146.61 | |
| | | | | | Federal Income Tax | -91.23 | -866.43 | |
| | | | | | Pennsylvania State Tax | -34.48 | -310.32 | |
| | | | | | Pennsylvania Unemploy.- | -0.67 | -6.03 | |
| | | | | | Local Tax | -43.70 | -393.30 | |
| Total Labor Earnings | | 1,123.20 | | | Net Pay | 867.19 | 7,759.35 | |

| Other Information | This Check | YTD Amount | Balance | | Payment Method | Amount |
|---|---|---|---|---|---|---|
| | | | | | Checking: Ending in 6393 | 867.19 |
| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
| Federal Government | SINGLE | 1 | | | Personal Assistance Services | 14.04 |
| PA State Government | SINGLE | | | | | |

| Client(s) Served | | | Period Start | Period End |
|---|---|---|---|---|
| C002693 - VERMALE FALCON | | | 04/01/18 | 04/14/18 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

04/27/18

***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    Sakeia C. Leggett
374 Deveraux Ave.
Philadelphia, PA  19111

Void After 90 Days

WMWeddleton

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 8,985.60 |
| Total Labor Earnings | | 1,123.20 | |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1,123.20 | 8,985.60 |
| Social Security-Employee | -69.64 | -557.12 |
| Medicare-Employee | -16.29 | -130.32 |
| Federal Income Tax | -91.23 | -775.20 |
| Pennsylvania State Tax | -34.48 | -275.84 |
| Pennsylvania Unemploy.- | -0.67 | -5.36 |
| Local Tax | -43.70 | -349.60 |
| Net Pay | 867.19 | 6,892.16 |

| Other Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Payment Method | Amount |
|---|---|
| Checking: Ending in 6393 | 867.19 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | 1 | | |
| PA State Government | SINGLE | | | |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 14.04 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C002693 - VERMALE FALCON | 03/18/18 | 03/31/18 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

04/13/18

************************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    Sakeia C. Leggett
374 Deveraux Ave.
Philadelphia, PA  19111

Void After 90 Days

WMWeddleton

| Labor Earnings | Units | This Check | YTD Amount | | Payments | This Check | YTD Amount | |
|---|---|---|---|---|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 7,862.40 | | Total Earnings | 1,123.20 | 7,862.40 | |
| | | | | | Social Security-Employee | -69.64 | -487.48 | |
| | | | | | Medicare-Employee | -16.29 | -114.03 | |
| | | | | | Federal Income Tax | -91.23 | -683.97 | |
| | | | | | Pennsylvania State Tax | -34.48 | -241.36 | |
| | | | | | Pennsylvania Unemploy.- | -0.67 | -4.69 | |
| | | | | | Local Tax | -43.70 | -305.90 | |
| Total Labor Earnings | | 1,123.20 | | | Net Pay | 867.19 | 6,024.97 | |

| Other Information | This Check | YTD Amount | Balance | | Payment Method | Amount |
|---|---|---|---|---|---|---|
| | | | | | Checking: Ending in 6393 | 867.19 |
| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H | Rate Information | Amount |
| Federal Government | SINGLE | 1 | | | Personal Assistance Services | 14.04 |
| PA State Government | SINGLE | | | | | |

| Client(s) Served | | Period Start | Period End |
|---|---|---|---|
| C002693 - VERMALE FALCON | | 03/04/18 | 03/17/18 |

---

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

03/30/18

***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:     Sakeia C. Leggett
                374 Deveraux Ave.
                Philadelphia, PA  19111

Void After 90 Days

WMWeddleton

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 6,739.20 |
| | | | |
| Total Labor Earnings | | 1,123.20 | |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1,123.20 | 6,739.20 |
| Social Security-Employee | -69.64 | -417.84 |
| Medicare-Employee | -16.29 | -97.74 |
| Federal Income Tax | -91.23 | -592.74 |
| Pennsylvania State Tax | -34.48 | -206.88 |
| Pennsylvania Unemploy.- | -0.67 | -4.02 |
| Local Tax | -43.70 | -262.20 |
| Net Pay | 867.19 | 5,157.78 |

| Other Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Payment Method | Amount |
|---|---|
| Checking: Ending in 6393 | 867.19 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | 1 | | |
| PA State Government | SINGLE | | | |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 14.04 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C002693 - VERMALE FALCON | 02/18/18 | 03/03/18 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

03/16/18

***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    Sakeia C. Leggett
374 Deveraux Ave.
Philadelphia, PA  19111

Void After 90 Days

*WMWeddleton*

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 5,616.00 |
| | | | |
| Total Labor Earnings | | 1,123.20 | |

| Payments | This Check | YTD Amount | |
|---|---|---|---|
| Total Earnings | 1,123.20 | 5,616.00 | |
| Social Security-Employee | -69.64 | -348.20 | |
| Medicare-Employee | -16.29 | -81.45 | |
| Federal Income Tax | -91.23 | -501.51 | |
| Pennsylvania State Tax | -34.48 | -172.40 | |
| Pennsylvania Unemploy.- | -0.67 | -3.35 | |
| Local Tax | -43.70 | -218.50 | |
| Net Pay | 867.19 | 4,290.59 | |

| Other Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Payment Method | Amount |
|---|---|
| Checking: Ending in 6393 | 867.19 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | | | |
| PA State Government | SINGLE | 1 | | |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 14.04 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C002693 - VERMALE FALCON | 02/04/18 | 02/17/18 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA 02155
Phone: 1-877-908-1750

**Citizens Bank**

03/09/18

***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    Sakeia C. Leggett
               374 Deveraux Ave.
               Philadelphia, PA 19111

Void After 90 Days

WMWeddleton

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 4,492.80 |
| | | | |
| Total Labor Earnings | | 1,123.20 | |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1,123.20 | 4,492.80 |
| Social Security-Employee | -69.64 | -278.56 |
| Medicare-Employee | -16.29 | -65.16 |
| Federal Income Tax | -91.23 | -410.28 |
| Pennsylvania State Tax | -34.48 | -137.92 |
| Pennsylvania Unemploy.- | -0.67 | -2.68 |
| Local Tax | -43.70 | -174.80 |
| Net Pay | 867.19 | 3,423.40 |

| Other Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Payment Method | Amount |
|---|---|
| Checking: Ending in 6393 | 867.19 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | 1 | | |
| PA State Government | SINGLE | | | |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 14.04 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C002693 - VERMALE FALCON | 01/21/18 | 02/03/18 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

02/16/18

***********************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    Sakeia C. Leggett
               374 Deveraux Ave.
               Philadelphia, PA  19111

Void After 90 Days

WMWeddleton

| Labor Earnings | Units | This Check | YTD Amount |
|---|---|---|---|
| Personal Assistance Servic | 80 | 1,123.20 | 3,369.60 |
| | | | |
| Total Labor Earnings | | 1,123.20 | |

| Payments | This Check | YTD Amount |
|---|---|---|
| Total Earnings | 1,123.20 | 3,369.60 |
| Social Security-Employee | -69.64 | -208.92 |
| Medicare-Employee | -16.29 | -48.87 |
| Federal Income Tax | -91.23 | -319.05 |
| Pennsylvania State Tax | -34.48 | -103.44 |
| Pennsylvania Unemploy.- | -0.67 | -2.01 |
| Local Tax | -43.70 | -131.10 |
| Net Pay | 867.19 | 2,556.21 |

| Other Information | This Check | YTD Amount | Balance |
|---|---|---|---|

| Payment Method | Amount |
|---|---|
| Checking: Ending in 6393 | 867.19 |

| Tax Auth. Information | Filing Status | Allow. | Credits | Extra W/H |
|---|---|---|---|---|
| Federal Government | SINGLE | 1 | | |
| PA State Government | SINGLE | | | |

| Rate Information | Amount |
|---|---|
| Personal Assistance Services | 14.04 |

| Client(s) Served | Period Start | Period End |
|---|---|---|
| C002693 - VERMALE FALCON | 01/07/18 | 01/20/18 |

PUBLIC PARTNERSHIPS LLC
AS AGENT FOR EMPLOYER
1 CABOT ROAD, STE 102
MEDFORD, MA  02155
Phone: 1-877-908-1750

**Citizens Bank**

02/02/18

************************0.00

VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOID
VOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOIDVOI

Payable to:    Sakeia C. Leggett
                     374 Deveraux Ave.
                     Philadelphia, PA  19111

Void After 90 Days

*WMWeddleton*

Homepage          Pay Statements          W-2/1099 Reports

## Pay Statement, Check Number 432622

Save as PDF **

| Sakela C. Leggett | | Sweet Home Primary Care LLC | |
|---|---|---|---|
| 374 Devereaux Avenue | | 426 E Allegheny Ave Unit 1W | |
| Philadelphia PA, 19111-6023 | | Philadelphia PA, 19134 | |

| Check Date | 04/13/2018 | Hire Date | 10/04/2016 | Company # | 7185788 | Check # | 432622 |
|---|---|---|---|---|---|---|---|
| Period Begin | 04/02/2018 | Period End | 04/08/2018 | Emp # | 3153 | Net Pay | 392.64 |

### Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.00 | | 0.00 | 4,476.00 |
| Sick | Philadelphia PA | 12.00 | 40.00 | 480.00 | 480.00 |
| Total Earnings | | | 40.00 | 480.00 | 4,956.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

### Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Total Memos | | | | 0.00 | 0.00 |

### Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (480.00) (S/3) | 16.94 | 51.42 |
| Soc Sec (480.00) | 29.76 | 307.27 |
| Medicare (480.00) | 6.96 | 71.86 |
| PA State (480.00) | 14.74 | 152.21 |
| PA SUI (480.00) | 0.29 | 2.97 |
| Philadelphia (480.00) | 18.67 | 192.82 |
| Total Tax | 87.36 | 778.55 |

### Time Off Accruals

| Code | Accrued | Used | Balance | |
|---|---|---|---|---|
| Sick | | 40.00 | -40.00 | |

### Net Pays

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (****6393) | 392.64 | 4,177.45 |
| Total Net Pay | 392.64 | 4,177.45 |

¹ Pre-Tax Deductions; reduces taxable wages
** You need Adobe® Reader® to read PDF files
Download Adobe Reader (http://get.adobe.com/reader/) for free

Jakeia C. Leggett
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Check Date** 04/06/2018
**Period Begin** 03/26/2018

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

**Company #** 7185788
**Emp #** 3153

**Check #** 430593
**Net Pay** 204.79

**Hire Date** 10/04/2016
**Period End** 04/01/2018

## Earnings

| Description | Location | Rate | Hrs/Units | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 20.00 | 20.00 | 240.00 | 4476.00 |
| **Total Earnings** | | | | | 240.00 | 4476.00 |

## Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| **Total Memos** | | | | | |

## Time Off Accruals

| Description | Accrued | Used | Balance |
|---|---|---|---|

## Deductions

| Description | | Current | Year To Date |
|---|---|---|---|
| **Total Deductions** | | | |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (240.00) (S/3) | 0.00 | 34.48 |
| Soc Sec (240.00) | 14.88 | 277.51 |
| Medicare (240.00) | 3.48 | 64.90 |
| PA State (240.00) | 7.37 | 137.47 |
| PA SUI (240.00) | 0.14 | 2.68 |
| Philadelphia (240.00) | 9.34 | 174.15 |
| **Total Tax** | 35.21 | 691.19 |

## Net Pays

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (****6393) | 204.79 | 3784.81 |
| **Total Net Pay** | 204.79 | 3784.81 |

1 Pre-Tax Deductions; reduces taxable wages

**Sakeia C. Leggett**
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

| | |
|---|---|
| Check Date | **03/30/2018** |
| Period Begin | 03/19/2018 |
| Period End | 03/25/2018 |
| Hire Date | 10/04/2016 |
| Company # | 7185788 |
| Emp # | 3153 |
| Check # | 428306 |
| **Net Pay** | **215.04** |

## Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 21.00 | 252.00 | 4236.00 |
| **Total Earnings** | | | 21.00 | 252.00 | 4236.00 |

## Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|

## Time Off Accruals

| Description | Accrued | Used | Balance |
|---|---|---|---|

## Deductions

| Description | | Current | Year To Date |
|---|---|---|---|
| **Total Deductions** | | | |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (252.00) (S/3) | 0.00 | 34.48 |
| Soc Sec (252.00) | 15.62 | 262.63 |
| Medicare (252.00) | 3.65 | 61.42 |
| PA State (252.00) | 7.74 | 130.10 |
| PA SUI (252.00) | 0.15 | 2.54 |
| Philadelphia (252.00) | 9.80 | 164.81 |
| **Total Tax** | 36.96 | 655.98 |

## Net Pays

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (****6393) | 215.04 | 3580.02 |
| **Total Net Pay** | 215.04 | 3580.02 |

[1] Pre-Tax Deductions; reduces taxable wages

bakeia C. Leggett
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

| Check Date | **03/23/2018** | Hire Date | 10/04/2016 | Company # | 7185788 | Check # | 425919 |
| Period Begin | 03/12/2018 | Period End | 03/18/2018 | Emp # | 3153 | **Net Pay** | **284.16** |

## Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 28.00 | 336.00 | 3984.00 |
| **Total Earnings** | | | 28.00 | 336.00 | 3984.00 |

## Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| **Total Memos** | | | | | |

## Time Off Accruals

| Description | Accrued | Used | Balance |
|---|---|---|---|

## Deductions

| Description | | | Current | Year To Date |
|---|---|---|---|---|
| **Total Deductions** | | | | |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (336.00) (S/3) | 2.54 | 34.48 |
| Soc Sec (336.00) | 20.83 | 247.01 |
| Medicare (336.00) | 4.87 | 57.77 |
| PA State (336.00) | 10.32 | 122.36 |
| PA SUI (336.00) | 0.20 | 2.39 |
| Philadelphia (336.00) | 13.08 | 155.01 |
| **Total Tax** | 51.84 | 619.02 |

## Net Pays

| Description | | Current | Year To Date |
|---|---|---|---|
| Check | | 0.00 | 0.00 |
| Savings 1 (****6393) | | 284.16 | 3364.98 |
| **Total Net Pay** | | 284.16 | 3364.98 |

[1] Pre-Tax Deductions; reduces taxable wages

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA 19134

Sakeia C. Leggett
374 Devereaux Avenue
Philadelphia PA 19111-6023

| Check Date | Hire Date | Company # | Check # |
|---|---|---|---|
| **03/16/2018** | 10/04/2016 | 7185788 | 423725 |
| Period Begin 03/05/2018 | Period End 03/11/2018 | Emp # 3153 | **Net Pay** **284.15** |

## Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 28.00 | 336.00 | 3948.00 |
| **Total Earnings** | | | 28.00 | 336.00 | 3948.00 |

## Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|

**Total Memos**

## Time Off Accruals

| Code | Accrued | Used | Balance |
|---|---|---|---|

## Deductions

| Description | Current | Year To Date |
|---|---|---|

**Total Deductions**

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (336.00) (S/3) | 2.54 | 31.94 |
| Soc Sec (336.00) | 20.84 | 226.18 |
| Medicare (336.00) | 4.88 | 52.90 |
| PA State (336.00) | 10.32 | 112.04 |
| PA SUI (336.00) | 0.20 | 2.19 |
| Philadelphia (336.00) | 13.07 | 141.93 |
| **Total Tax** | 51.85 | 567.18 |

## Net Pays

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (****6393) | 284.15 | 3080.82 |
| **Total Net Pay** | 284.15 | 3080.82 |

[1] Pre-Tax Deductions; reduces taxable wages

**Sakeia C. Leggett**
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

| Check Date | 03/02/2018 | Company # | 7185788 |
|---|---|---|---|
| Period Begin | 02/19/2018 | Emp # | 3153 |

| Hire Date | 10/04/2016 | Check # | 419610 |
|---|---|---|---|
| Period End | 02/25/2018 | Net Pay | 284.15 |

## Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 28.00 | 336.00 | 2976.00 |
| Total Earnings | | | 28.00 | 336.00 | 2976.00 |

## Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Total Memos | | | | | |

## Time Off Accruals

| Description | Accrued | Used | Balance |
|---|---|---|---|

## Deductions

| Description | | Current | Year To Date |
|---|---|---|---|
| Total Deductions | | | |

## Taxes

| Description | | Current | Year To Date |
|---|---|---|---|
| Federal (336.00) (S/3) | | 2.54 | 25.85 |
| Soc Sec (336.00) | | 20.83 | 184.51 |
| Medicare (336.00) | | 4.87 | 43.15 |
| PA State (336.00) | | 10.32 | 91.40 |
| PA SUI (336.00) | | 0.21 | 1.79 |
| Philadelphia (336.00) | | 13.08 | 115.79 |
| Total Tax | | 51.85 | 463.50 |

## Net Pays

| Description | | Current | Year To Date |
|---|---|---|---|
| Check | | 0.00 | 0.00 |
| Savings 1 (****6393) | | 284.15 | 2512.50 |
| Total Net Pay | | 284.15 | 2512.50 |

1 Pre-Tax Deductions, reduces taxable wages

**Jakeia C. Leggett**
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 11W
Philadelphia PA, 19134

| | |
|---|---|
| **Check Date** | **02/23/2018** |
| Period Begin | 02/12/2018 |
| Hire Date | 10/04/2016 |
| Period End | 02/18/2018 |
| Company # | 7185788 |
| Emp # | 3153 |
| Check # | 417437 |
| **Net Pay** | **284.17** |

**Earnings**

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 28.00 | 336.00 | 2540.00 |
| **Total Earnings** | | | 28.00 | 336.00 | 2540.00 |

**Memos**

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| **Total Memos** | | | | | |

**Time Off Accruals**

| Description | Accrued | Used | Balance |
|---|---|---|---|

**Deductions**

| Description | Current | Year To Date |
|---|---|---|
| **Total Deductions** | | |

**Taxes**

| Description | Current | Year To Date |
|---|---|---|
| Federal (336.00) (S/3) | 2.54 | 24.32 |
| Soc Sec (336.00) | 20.83 | 163.68 |
| Medicare (336.00) | 4.87 | 38.28 |
| PA State (336.00) | 10.32 | 81.08 |
| PA SUI (336.00) | 0.20 | 1.58 |
| Philadelphia (336.00) | 13.07 | 102.71 |
| **Total Tax** | 51.83 | 411.65 |

**Net Pays**

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (****6393) | 284.17 | 2228.35 |
| **Total Net Pay** | 284.17 | 2228.35 |

[1] Pre-Tax Deductions; reduces taxable wages

**Sakeia C. Leggett**
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

| | |
|---|---|
| **Check Date** | **02/16/2018** |
| Period Begin | 02/05/2018 |
| Hire Date | 10/04/2016 |
| Period End | 02/11/2018 |
| Company # | 7185788 |
| Emp # | 3153 |
| Check # | 415254 |
| **Net Pay** | **284.17** |

**Earnings**

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 28.00 | 336.00 | 2304.00 |
| Total Earnings | | | 28.00 | 336.00 | 2304.00 |
| Total Memos | | | | | |

**Visitors**

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|

**Time Off Accruals**

| Description | Accrued | Used | Balance |
|---|---|---|---|

**Deductions**

| Description | Current | Year To Date |
|---|---|---|
| Total Deductions | | |

**Taxes**

| Description | Current | Year To Date |
|---|---|---|
| Federal (336.00) (S/3) | 2.54 | 21.78 |
| Soc Sec (336.00) | 20.83 | 142.85 |
| Medicare (336.00) | 4.87 | 33.41 |
| PA State (336.00) | 10.32 | 70.76 |
| PA SUI (336.00) | 0.20 | 1.38 |
| Philadelphia (336.00) | 13.07 | 89.64 |
| Total Tax | 51.83 | 359.82 |

**Net Pays**

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (*****6093) | 284.17 | 1944.18 |
| Total Net Pay | 284.17 | 1944.18 |

[1] Pre-Tax Deductions; reduces taxable wages

**Sakeia C. Leggett**
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

| | | |
|---|---|---|
| **Check Date** | | Company # |
| **02/09/2018** | | Emp # |
| Period Begin | 01/29/2018 | |

| Hire Date | 10/04/2016 |
|---|---|
| Period End | 02/04/2018 |

| | |
|---|---|
| | 7185788 |
| | 3153 |

| Check # | 413560 |
|---|---|
| **Net Pay** | **245.74** |

## Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 24.00 | 288.00 | 1968.00 |
| **Total Earnings** | | | 24.00 | 288.00 | 1968.00 |

## Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| **Total Memos** | | | | | |

## Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (288.00) (S/3) | 0.00 | 19.24 |
| Soc Sec (288.00) | 17.86 | 122.02 |
| Medicare (288.00) | 4.18 | 28.54 |
| PA State (288.00) | 8.84 | 60.44 |
| PA SUI (288.00) | 0.17 | 1.18 |
| Philadelphia (288.00) | 11.21 | 76.57 |
| **Total Tax** | 42.26 | 307.99 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| **Total Deductions** | | |

## Time Off Accruals

| Description | Accrued | Used | Balance |
|---|---|---|---|

## Net Pay

| Description | Current | Year To Date |
|---|---|---|
| Check | 0.00 | 0.00 |
| Savings 1 (****6093) | 245.74 | 1660.01 |
| **Total Net Pay** | 245.74 | 1660.01 |

1 Pre-Tax Deductions; reduces taxable wages

**Sakeia C. Leggett**
374 Devereaux Avenue
Philadelphia PA, 19111-6023

**Sweet Home Primary Care LLC**
426 E Allegheny Ave Unit 1W
Philadelphia PA, 19134

| Check Date | Hire Date | | Company # | Check # |
|---|---|---|---|---|
| **02/02/2018** | Hire Date | 10/04/2016 | 7185788 | 411283 |
| Period Begin 01/22/2018 | Period End | 01/28/2018 | Emp # 3153 | **Net Pay** **284.17** |

### Earnings

| Description | Location | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia PA | 12.0000 | 28.00 | 336.00 | 1680.00 |
| Total Earnings | | | 28.00 | 336.00 | 1680.00 |

### Memos

| Description | Location | Rate | Hrs/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Total Memos | | | | | |

### Time Off Accruals

| Description | Accrued | Used | Balance |
|---|---|---|---|

### Deductions

| Description | | Current | Year To Date |
|---|---|---|---|
| Total Deductions | | | |

### Taxes

| Description | Current | Year To Date |
|---|---|---|
| Federal (336.00) (S/3) | 2.54 | 19.24 |
| Soc Sec (336.00) | 20.83 | 104.16 |
| Medicare (336.00) | 4.87 | 24.36 |
| PA State (336.00) | 10.32 | 51.60 |
| PA SUI (336.00) | 0.20 | 1.01 |
| Philadelphia (336.00) | 13.07 | 65.36 |
| Total Tax | 51.83 | 265.73 |

### Net Pays

| Description | | Current | Year To Date |
|---|---|---|---|
| Check | | 0.00 | 0.00 |
| Savings 1 (****6393) | | 284.17 | 1414.27 |
| Total Net Pay | | 284.17 | 1414.27 |

¹ Pre-Tax Deductions; reduces taxable wages

## PROVIDER PAYMENT SUMMARY

Payment: 3619570

CCIS of Philadelphia County - Northeast
1926 Grant Avenue
Philadelphia, PA 19115-4307
(215) 333-1560
Toll-Free 1-888-461-5437

Pay To:

**AN APPLE A DAY CHILD CARE CENTER LLC**
**374 DEVEREAUX AVE**
**PHILADELPHIA, PA 19111-6023**

| | |
|---|---|
| Payment Amount | $1,671.65 |
| Payment Date | 04/11/2018 |

### Payment Calculation Summary

| Invoice ID | MPI ID | Provider ID | Provider Legal Entity | Provider Location | Local ID | Type | Service Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 4329428 | 103246698 | 2114034856-1 | AN APPLE A DAY CHILD CARE CENTER LLC | LITTLE TIKES FAMILY CHILDCARE CENTER | | Family | March 2018 | $1,671.65 |
| | | | | | | | **Total Payment Amount:** | **$1,671.65** |

### Payment Calculation Detail

| | |
|---|---|
| Invoice #: | 4329428 |
| Provider Location: | LITTLE TIKES FAMILY CHILDCARE CENTER |
| Service Period: | March 2018 |

| Individual Number | County/ Record# | Child Name | Care Level | Unit | Number of Days | Amount | Total |
|---|---|---|---|---|---|---|---|
| ███████████ | | | Older Toddler | Full Time Care | 22 | $29.65 | $652.30 |
| | | | | Subtotal: | | | $652.30 |
| | | | | Care Level Subtotal: | | | $652.30 |
| ███████████ | | | Preschool | Full Time Care | 22 | $27.85 | $612.70 |
| | | | | Subtotal: | | | $612.70 |
| | | | | Care Level Subtotal: | | | $612.70 |
| ███████████ | | | Older School-Age | Full Time Care | 17 | $25.65 | $436.05 |
| | | | | Non-Traditional Full Time Care | 4 | $25.65 | $102.60 |
| | | | | Copay Detail | 4 | ($33.00) | ($132.00) |
| | | | | Subtotal: | | | $406.65 |
| | | | | Care Level Subtotal: | | | $406.65 |
| **Invoice Subtotal:** | | | | | | | **$1,671.65** |
| **Invoice Total:** | | | | | | | **$1,671.65** |

| | |
|---|---|
| Date | 04/12/2018 |
| Correspondence ID: | 27403192 |
| | Page 1 of 1 |

## PROVIDER PAYMENT SUMMARY

Payment:  3604144

CCIS of Philadelphia County - Northeast
1926 Grant Avenue
Philadelphia, PA 19115-4307
(215) 333-1560
Toll-Free 1-888-461-5437

Pay To:

**AN APPLE A DAY CHILD CARE CENTER LLC**
**374 DEVEREAUX AVE**
**PHILADELPHIA, PA 19111-6023**

| Payment Amount | $1,253.50 |
|---|---|
| Payment Date | 03/12/2018 |

### Payment Calculation Summary

| Invoice ID | MPI ID | Provider ID | Provider Legal Entity | Provider Location | Local ID | Type | Service Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 4314517 | 103246698 | 2114034856-1 | AN APPLE A DAY CHILD CARE CENTER LLC | LITTLE TIKES FAMILY CHILDCARE CENTER | | Family | February 2018 | $1,253.50 |

| | | | | | Total Payment Amount: | | | **$1,253.50** |
|---|---|---|---|---|---|---|---|---|

### Payment Calculation Detail

Invoice #:                4314517
Provider Location:   **LITTLE TIKES FAMILY CHILDCARE CENTER**
Service Period:       **February 2018**

| Individual Number | County/ Records | Child Name | Care Level | Unit | Number of Days | Amount | Total |
|---|---|---|---|---|---|---|---|
| ███████████ | | | Older Toddler | Full Time Care | 10 | $29.65 | $296.50 |
| | | | | Non-Traditional Full Time Care | 4 | $29.65 | $118.60 |
| | | | | Copay Detail | 3 | ($35.00) | ($105.00) |
| | | | | | | Subtotal: | **$310.10** |
| ████████ | | | Older Toddler | Full Time Care | 3 | $29.65 | $88.95 |
| | | | | | | Subtotal: | **$88.95** |
| | | | | | | Care Level Subtotal: | **$399.05** |
| ███████████ | | | Preschool | Full Time Care | 10 | $27.85 | $278.50 |
| | | | | Non-Traditional Full Time Care | 4 | $27.85 | $111.40 |
| | | | | | | Subtotal: | **$389.90** |
| █████████ | | | Preschool | Full Time Care | 3 | $27.85 | $83.55 |
| | | | | | | Subtotal: | **$83.55** |
| | | | | | | Care Level Subtotal: | **$473.45** |
| █████████ | | | Older School-Age | Full Time Care | 16 | $25.65 | $410.40 |
| | | | | Non-Traditional Full Time Care | 4 | $25.65 | $102.60 |
| | | | | Copay Detail | 4 | ($33.00) | ($132.00) |
| | | | | | | Subtotal: | **$381.00** |
| | | | | | | Care Level Subtotal: | **$381.00** |

| Date | 03/13/2018 |
|---|---|
| Correspondence ID: | 27126761 |
| | Page 1 of 2 |

**Payment Calculation Detail Continued**

| | | |
|---|---|---|
| Invoice #: | 4314517 |
| Provider Location: | LITTLE TIKES FAMILY CHILDCARE CENTER |
| Service Period: | February 2018 |

| Individual Number | County/ Record# | Child Name | Care Level | Unit | Number of Days | Amount | Total |
|---|---|---|---|---|---|---|---|
| **Invoice Subtotal:** | | | | | | | **$1,253.50** |
| **Invoice Total:** | | | | | | | **$1,253.50** |

| | |
|---|---|
| **Date** | 03/13/2018 |
| **Correspondence ID:** | 27126761 |
| | Page 2 of 2 |

# PROVIDER PAYMENT SUMMARY

Payment:  3589792

CCIS of Philadelphia County - Northeast
1926 Grant Avenue
Philadelphia, PA 19115-4307
(215) 333-1560
Toll-Free 1-888-461-5437

Pay To:

**AN APPLE A DAY CHILD CARE CENTER LLC**
**374 DEVEREAUX AVE**
**PHILADELPHIA, PA 19111-6023**

| Payment Amount | $1,432.45 |
|---|---|
| Payment Date | 02/12/2018 |

## Payment Calculation Summary

| Invoice ID | MPI ID | Provider ID | Provider Legal Entity | Provider Location | Local ID | Type | Service Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 4299240 | 103246698 | 2114034856-1 | AN APPLE A DAY CHILD CARE CENTER LLC | LITTLE TIKES FAMILY CHILDCARE CENTER | | Family | January 2018 | $1,432.45 |

Total Payment Amount: **$1,432.45**

## Payment Calculation Detail

| Invoice #: | 4299240 |
|---|---|
| Provider Location: | LITTLE TIKES FAMILY CHILDCARE CENTER |
| Service Period: | January 2018 |

| Individual Number | County/ Record# | Child Name | Care Level | Unit | Number of Days | Amount | Total |
|---|---|---|---|---|---|---|---|
| ████████ | | ████████████ | Older Toddler | Full Time Care | 14 | $29.65 | $415.10 |
| | | | | Non-Traditional Full Time Care | 5 | $29.65 | $148.25 |
| | | | | Copay Detail | 5 | ($17.00) | ($85.00) |
| | | | | | | Subtotal: | $478.35 |
| | | | | | | Care Level Subtotal: | $478.35 |
| ████████ | | ████████████ | Preschool | Full Time Care | 14 | $27.85 | $389.90 |
| | | | | Non-Traditional Full Time Care | 5 | $27.85 | $139.25 |
| | | | | | | Subtotal: | $529.15 |
| | | | | | | Care Level Subtotal: | $529.15 |
| ████████ | | ████████████ | Older School-Age | Full Time Care | 19 | $25.65 | $487.35 |
| | | | | Non-Traditional Full Time Care | 4 | $25.65 | $102.60 |
| | | | | Copay Detail | 5 | ($33.00) | ($165.00) |
| | | | | | | Subtotal: | $424.95 |
| | | | | | | Care Level Subtotal: | $424.95 |
| **Invoice Subtotal:** | | | | | | | **$1,432.45** |
| **Invoice Total:** | | | | | | | **$1,432.45** |

| Date | 02/13/2018 |
|---|---|
| Correspondence ID: | 26875167 |
| | Page 1 of 1 |

Payment Summary - 3589792