United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12694-amc
Sakeia C. Leggett                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2             Date Rcvd: Aug 30, 2018
                              Form ID: 152                Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2018.
```
db            +Sakeia C. Leggett,    374 Devereaux Ave,    Philadelphia, PA 19111-6023
14095405      +Admirals Bank,    200 Clarendon St Fl 22,    Boston, MA 02116-5051
14095406      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14095407     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                Woodland Hills, CA 91365)
14095411     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
              (address filed with court: Choice Recovery Inc,    1550 Old Henderson Rd Ste 100,
                Columbus, OH 43220)
14095409      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14095410      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14095416      +Easypay/dvra,    Attn: Bankruptcy,    Po Box 2549,    Carlsbad, CA 92018-2549
14095419      +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                Cleveland, OH 44122-5662
14095420      +Hud Title I,    Hud Title I - Bankruptcy Notice,    451 7th Street Sw,
                Washington, DC 20410-0002
14095421      +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
14179495      +Jeans Hospital,    Billing Department,    7600 Central Avenue,    Philadelphia,PA 19111-2442
14179493      +Jeans Hospital,    Attn: Billing Department,    7600 Central Avenue,
                Philadelphia, PA 19111-2499
14179496      +Joycelyn Parks,    DBA Baago Investments Inc.,    5005 Roosevelt Blvd.,
                Philadelphia, PA 19124-2421
14095422      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                Omaha, NE 68154-8000
14095423      +Maxim Capital Enterpri,    1684 E 18 St,    Brooklyn, NY 11229-1249
14095426      +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14179497      +PGW,   800 W Montgomery Ave,    Philadelphia, PA 19122-2806
14166946      +Pennsylvania Housing Finance Agency,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14095428      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
14179501       Temple University Physicians,    PO Box 827783,    Philadelphia, PA 19182-7783
14179502       Transworld Systems Inc,    2155 Primrose Suite Q,    Springfield, MO 65804
14095431      +U.S. Department of the Treasury (Fax Onl,    1500 Pennsylvania Avenue Nw,
                Washington, DC 20220-0002
14096938      +US Dept of EducationMOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14095432      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 31 2018 01:57:02    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2018 01:56:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2018 01:56:58    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14095408      +E-mail/Text: bankruptcy@cavps.com Aug 31 2018 01:56:57    Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14159840      +E-mail/Text: bankruptcy@cavps.com Aug 31 2018 01:56:58    Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14095412      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 31 2018 01:56:46    Comenitybank/New York,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14095413      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 31 2018 01:57:08
                Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                Norwood, MA 02062-2679
14095414      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 31 2018 01:56:04    Credit One Bank,
                Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14095415       E-mail/Text: mrdiscen@discover.com Aug 31 2018 01:56:44    Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
14095417      +E-mail/Text: bknotice@ercbpo.com Aug 31 2018 01:56:56    ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14095418      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 31 2018 01:57:06    Fingerhut,
                Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14129121      +E-mail/Text: cio.bncmail@irs.gov Aug 31 2018 01:56:44    Internal Revenue Service,
                P O BOX 7346,    Philadelphia PA 19101-7346
14095424      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 31 2018 01:56:54    Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14095425      +E-mail/Text: bankruptcy@sccompanies.com Aug 31 2018 01:57:10    Midnight Velvet,
                Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14095429       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2018 01:55:40
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14179500       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2018 01:56:27
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
```

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Aug 30, 2018
                               Form ID: 152                Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14160044         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2018 01:56:27
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14095427        +E-mail/Text: blegal@phfa.org Aug 31 2018 01:56:56      Pa Housing Finance Age,    Po Box 8029,
                  Harrisburg, PA 17105-8029
14095430        +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2018 01:55:40      Synchrony Bank / HH Gregg,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14179494*       +Jeans Hospital,    Attn: Billing Department,    7600 Central Avenue,
                  Philadelphia, PA 19111-2499
14179498*       +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2018 at the address(es) listed below:
```
              GEORGETTE    MILLER    on behalf of Debtor Sakeia C. Leggett info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sakeia C. Leggett
    Debtor(s)

Case No: 18−12694−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/11/18 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

33 − 6
Form 152