# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Sakeia C. Leggett : CHAPTER 13

      Debtor, : CASE NO.:18-12694

## CERTIFICATION OF SERVICE

    Michelle Lee, being duly sworn according to law, deposes and says that she filed Debtors Amended Plan upon the following individuals listed below, by electronic means and/or first class mail.

| | |
|---|---|
| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite #1813<br>Philadelphia, PA 19107 | Charles Rettig, Commissioner<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | C Daniel Hassell, Secretary of Revenue<br>Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 |
| Sakeia C. Leggett<br>374 Devereaux Avenue<br>Philadelphia, PA 19111 | Catherine Staskin<br>Bankruptcy Specialist, IRS<br>600 Arch Street<br>Philadelphia, PA 19106 |
| Andrew N. Zaro, CEO<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Valhalla, NY 10595 | Karen A. Borgatti<br>Bankruptcy Specialist<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste. 400<br>Valhalla, NY 10595 |

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                              Respectfully Submitted,

Date:  3/11/2019                          /s/ Michelle Lee
                                              Michelle Lee, Esq.
                                              Law Offices of Georgette Miller, Esq., P.C.
                                              119 S. Easton Rd.
                                              Glenside, PA 19038

{00338494;v1}