# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12694-AMC

SAKEIA C LEGGETT

374 DEVEREAUX AVENUE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAKEIA C LEGGETT

    374 DEVEREAUX AVENUE

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ
    GEORGETTE MILLER LAW
    100 CENTURY PARKWAY-STE #200
    MT. LAUREL, NJ 08045-

Date: 6/9/2020

                          /S/ William C. Miller
                          _____
                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee