**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Sakeia C. Leggett                                           CHAPTER 13

DEBTOR(S)                                                BANKRUPTCY NO: 18-12694

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 2, 2021</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.


Dated:  March 22, 2021                              Margolis Edelstein
                                                                     <u>/s/ Margolis Edelstein</u>
                                                                     100 Century Parkway, Suite 200
                                                                     Mt. Laurel, NJ 08054