UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Sakeia C. Leggett : Chapter 13
:
Debtor(s). : Bankruptcy No. 18-12694

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**
2. Compensation in the amount of $1008.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: March 24, 2021**                     _____
                                                                     Bankruptcy Judge

cc:  William C. Miller
     Chapter 13 Trustee
     1234 Market Street
     Suite# 1813
     Philadelphia, PA 19107

     United States Trustee
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     Sakeia Leggett
     374 Devereaux Avenue
     Philadelphia, PA 19111