Certificate Number: 15317-PAE-DE-036588545

Bankruptcy Case Number: 18-12694



15317-PAE-DE-036588545

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2022, at 1:43 o'clock PM PDT, Sakeia Leggett completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 2, 2022                By:    /s/Ralph Hongria

                                   Name:  Ralph Hongria

                                   Title: Credit Counselor