B283 (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District Of __Pennsylvania__

In re __Sakia Leggitt__   Case No. __18-12964__
    Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[X]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: __N/A__

My current employer and my employer's address: __N/A__

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[X]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

---

*\*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  6-15-2022
            Date

X _____
            Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  : Chapter 13

Sakia Leggett

Debtor  : Bankruptcy No. 18-12694

**PRE-DISCHARGE CERTIFICATION
OF COMPLIANCE WITH PROVISIONS OF
11 U.S.C. SECTIONS 1328**

Debtor(s), __Sakia Leggett_____, upon my/our oath according to law, hereby certify as follows in connection with my/our request for a discharge in the above-captioned case ("Case"): (Check all applicable statements and provide all required information)

1. I/We have made our final payment in the Case and I/We are requesting the Court to issue a discharge in the Case.

2. I/We have completed an instructional course concerning personal financial management described in 11 U.S.C. §111 provided by the following entity, at the following address:

   __accessbk.org_____

   _____

   _____

3. __X__ A. I/We have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before the Case was filed or at any time after the filing of the Case.

   OR

[Note: If "B" is applicable, all information required in questions B.i through B.iv must be provided]

   ____ B.i. I/We certify that prior to the date of this affidavit I/we have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute including amounts due before the Case was filed, to the extent provided for by the plan.

Page 1 of 3

The name and address of each holder of a domestic support obligation is as follows:

N/A

_____ B.ii. My/Our most recent address is as follows:

N/A

_____ B.iii. The name and address of my/our most recent employer(s) is as follows:

N/A

_____ B.iv. The following creditors hold a claim that is not discharged under 11 U.S.C. §523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524 (c):

N/A

4. __X__ I/We have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case during the 4-year period prior to the order for relief in the Case.

5. _____ I/We have not received a discharge in another Chapter 13 bankruptcy case during the 2-year period prior to the order for relief in the Case.

6. _____ A. I/We did not have either at the time of filing of the Case or at the present time, equity in excess of $125,000.00 in the type of property described in 11 U.S.C. § 522 (p)(1) [generally the debtor's homestead].

OR

_____ B. There is not currently pending any proceeding in which I [in an individual case] or either of us [in a joint case] may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522 (q)(1)(B).

By this Certification, I/We acknowledge that all of the statements contained herein are

Page 2 of 3

true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in the Case. The Court may revoke my discharge if the statements relied upon are not accurate.

/s/ *[signature]*
Debtor

/s/ _____
Debtor

DATED: 6-15-2022

05/15//06



**ATTORNEYS AT LAW**
www.margolisedelstein.com

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215.922.1100
Fax: 215.922.1772

HARRISBURG OFFICE:*
3510 Trindle Road
Camp Hill, PA 17011
717.975.8114

PITTSBURGH OFFICE:
The Oliver Building
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412.281.4256

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724.774.6000

SCRANTON OFFICE:
220 Penn Avenue
Suite 305
Scranton, PA 18503
570.342.4231

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814.695.5064

SOUTH NEW JERSEY OFFICE:
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856.727.6000

NORTH NEW JERSEY OFFICE:
Connell Corporate Center
400 Connell Drive
Suite 5400
Berkeley Heights, NJ 07922
908.790.1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302.888.1112

{00392516;v1}

*Member of the Harmonie Group

JENNIFER CARLSON,
BANKRUPTCY ADMINISTRATOR
267-794-0223 Office Direct Dial
267-794-0223 Fax
jcarlson@margolisedelstein.com

May 24, 2022

Sakia Leggett
374 Devereaux Ave
Philadelphia, PA 19111

**In Re: Chapter 13 Debtor Education and Pre-Discharge Forms**

Greetings,

It has come to our attention that you are close to completing your bankruptcy case. Congratulations! You should be proud of this accomplishment, and I am very happy for you and your new beginning!

Please find attached to this letter the information that you need on taking your final bankruptcy course (debtor education). Please forward me the certificate when completed.

Also, please find attached the pre-discharge forms that we require you to fill out and return. They are asking I you paid any child or spousal support. If you did NOT, please sign where indicated, leaving the form blank. If you DID pay child or spousal support, please check the appropriate boxes, sign where indicated, and return to me. You can return via email or fax (Attn: Jennifer Carlson) at 267-794-0223. You can also email the forms and certificate to me at jcarlson@margolisedelstein.com, or send back to me using the SASE that I have included for your convenience. Any questions or concerns, please call/text or email me a reply.

Congratulations again, and I hope to hear from you soon.

Regards,

Jennifer Carlson,
Bankruptcy Administrator for Michelle Lee, Esq.
Margolis Edelstein



# CLIENT INSTRUCTIONS SHEET

Access Code: RED6323GM

### (Internet Delivery Method)

Step 1    Main Page: Go to www.AccessBK.org, and select the course you need to take (1st course before filing for bankruptcy, 2nd course after filing for bankruptcy) on your screen.

Step 2    Disclaimer Page: Read the disclosure form, then scroll down and click on the: "I have read the above..." box at the bottom of the page.

Step 3    Registration Page: Select Yes for "Do you have an attorney code". Your Attorney Code is RED6323GM.
Click "Validate Code" button. Follow the "registration" instructions. Click register.

Step 4    Agreement for Consulting Services Page: Read the agreement, then scroll down and click on the "I have read the above..." box at the bottom of the page.

Step 5    Affidavit Page: Check to make sure that all of your personal information and attorney information are correct. Make the necessary changes where applicable. Otherwise, click on the "I certify all the information..."box at the bottom of the page. Congratulations, you are now ready to begin your course!

### (Telephone Delivery Method)

Step 1    Call toll free (888) 234-7209.

Step 2    Press the number "1".

Step 3    Tell the certified counselor who answers your call that you wish to "take the course via the telephone." Your Attorney Code is RED6323GM. The counselor will then take you through the course.

### (Fast Track Registration)

For faster registration, please fill out our Access FTR with your information. Submit it to FTR@accesscounselinginc.org and further instructions will be provided.

|  | Credit Counseling | Debtor Education |
|---|---|---|
| **Online or Web** | $12.95 | $12.95 |
| **By-Phone** | $25.00 | $15.00 |

**Needs-based Debtor Client Fee Reduction

Access Counseling, Inc.              AccessBk.org              (800)-210-0522