United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-12694-amc
Sakeia C. Leggett  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: May 11, 2023    Form ID: 138OBJ    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sakeia C. Leggett, 374 Devereaux Ave, Philadelphia, PA 19111-6023 |
| 14179495 | + | Jeans Hospital, Billing Department, 7600 Central Avenue, Philadelphia, PA 19111-2442 |
| 14179493 | + | Jeans Hospital, Attn: Billing Department, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14179496 | + | Joycelyn Parks, DBA Baago Investments Inc., 5005 Roosevelt Blvd., Philadelphia, PA 19124-2421 |
| 14095423 | + | Maxim Capital Enterpri, 1684 E 18 St, Brooklyn, NY 11229-1249 |
| 14179497 | + | PGW, 800 W Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14166946 | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 710 Market Street, Suite 5000 Philadelphia, PA 19106-2312 |
| 14095428 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14179501 | | Temple University Physicians, PO Box 827783, Philadelphia, PA 19182-7783 |
| 14179502 | | Transworld Systems Inc, 2155 Primrose Suite Q, Springfield, MO 65804 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 11 2023 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2023 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14095406 | + | Email/PDF: bncnotices@becket-lee.com | May 12 2023 00:13:51 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14095407 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 11 2023 23:58:00 | Caine & Weiner, Attn: Bankruptcy, Po Box 5010, Woodland Hills, CA 91365 |
| 14209051 | | Email/Text: megan.harper@phila.gov | May 11 2023 23:59:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14095408 | + | Email/Text: bankruptcy@cavps.com | May 11 2023 23:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14159840 | + | Email/Text: bankruptcy@cavps.com | May 11 2023 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14095409 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2023 00:02:57 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14095411 | + | Email/Text: bankrupt@choicerecovery.com | May 11 2023 23:58:00 | Choice Recovery Inc, 1550 Old Henderson Rd Ste 100, Columbus, OH 43220-3662 |
| 14095412 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2023 23:58:00 | Comenitybank/New York, Attn: Bankruptcy Dept, |

Case 18-12694-amc   Doc 93   Filed 05/13/23   Entered 05/14/23 00:31:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 14095413 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 11 2023 23:59:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14095414 | + | Email/PDF: creditonebknotifications@resurgent.com | May 12 2023 00:02:53 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14095415 | | Email/Text: mrdiscen@discover.com | May 11 2023 23:58:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14095432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2023 00:03:16 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14095416 | | Email/Text: operationsclerk@easypayfinance.com | May 11 2023 23:58:00 | Easypay/dvra, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14095417 | + | Email/Text: bknotice@ercbpo.com | May 11 2023 23:59:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14095419 | | Email/Text: rj@ffcc.com | May 11 2023 23:58:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 14095418 | + | Email/Text: bnc-bluestem@quantum3group.com | May 11 2023 23:59:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14095420 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 12 2023 00:14:05 | Hud Title I, Hud Title I - Bankruptcy Notice, 451 7th Street Sw, Washington, DC 20410-0002 |
| 14095421 | + | Email/Text: Bankruptcy@ICSystem.com | May 11 2023 23:58:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14129121 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2023 23:58:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14095410 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 12 2023 00:03:06 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14095422 | + | Email/Text: EBNBKNOT@ford.com | May 11 2023 23:59:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14095426 | | Email/Text: EBN@Mohela.com | May 11 2023 23:58:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14096938 | | Email/Text: EBN@Mohela.com | May 11 2023 23:58:00 | US Dept of EducationMOHELA, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14095424 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2023 23:59:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14095425 | + | Email/Text: bankruptcy@sccompanies.com | May 11 2023 23:59:00 | Midnight Velvet, Swiss Colony/Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14179497 | ^ | MEBN | May 11 2023 23:56:32 | PGW, 800 W Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14095429 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 00:13:33 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14179500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 00:02:54 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 14160044 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2023 00:03:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14095427 | + | Email/Text: blegal@phfa.org | May 11 2023 23:59:00 | Pa Housing Finance Age, 211 North Front Street, Harrisburg PA 17101-1406 |
| 14266292 | + | Email/Text: blegal@phfa.org | May 11 2023 23:59:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14095430 | + | Email/PDF: gecsedi@recoverycorp.com | May 12 2023 00:03:07 | Synchrony Bank / HH Gregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

Case 18-12694-amc    Doc 93    Filed 05/13/23    Entered 05/14/23 00:31:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

| 14095431 | + | Email/Text: karen.brown@treasury.gov | | |
|---|---|---|---|---|
| | | | May 11 2023 23:58:00 | U.S. Department of the Treasury (Fax Onl, 1500 Pennsylvania Avenue Nw, Washington, DC 20220-0002 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14179494 | *+ | Jeans Hospital, Attn: Billing Department, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14179498 | *+ | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14095405 | ##+ | Admirals Bank, 200 Clarendon St Fl 22, Boston, MA 02116-5051 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Sakeia C. Leggett bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sakeia C. Leggett
    Debtor(s)

Case No: 18−12694−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/11/23